UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WALTER ROCKL, JR., <br><br> Plaintiff, <br><br> v. <br><br> DEPUTY GEORGE ALVEREZ, et al., <br><br> Defendants. | CASE NO. C07-1525RSM <br><br> ORDER |

This matter is before the Court for consideration of the Report and Recommendation filed June 6, 2008. Dkt. # 17. Having reviewed defendants' motion to dismiss, the Report and Recommendation of Magistrate Judge James Pl. Donohue, and the balance of the record, the Court does hereby find and ORDER:

(1) The Report and Recommendation is approved and adopted, except as to the recommendation that it be dismissed with prejudice;

(2) As mail addressed to the plaintiff at his address of record was returned, so that plaintiff did not have an opportunity to see or file objections to the Report and Recommendation, the matter shall be DISMISSED without prejudice, pursuant to Local Rule CR 41(b)(2).

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Hon. James P. Donohue.

DATED this 22 day of July 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER